**United States Bankruptcy Court**
**District of Massachusetts**

# CHAPTER 13 PLAN

Filing Date: **August 8, 2016**        Docket #: **3:16-bk-30675**

Debtor: **Charron, Gary A.**        Co-Debtor:

SS#: **3462**        SS#:

Address: **38 Meadows Street**        Address:

**Adams, MA  01109**        ,

Debtor's Counsel:

**Law Offices of Louis S. Robin**
**1200 Converse Street**
**Longmeadow, MA  01106-1760**

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE § 341 MEETING OR THIRTY (30) DAYS AFTER THE SERVICE OF AN AMENDED OR MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**United States Bankruptcy Court**
**District of Massachusetts**

# CHAPTER 13 PLAN

Docket No.: **3:16-bk-30675**

DEBTOR(S):  (H) **Charron, Gary A.**               SS# **3462**
            (W)                                    SS#

**I. PLAN PAYMENT AND TERM:**

Debtor(s) shall pay monthly to the Trustee the sum of $ **70.00** for the term of:

[ ] 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
[X] 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);
[ ] 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:
[ ] ___ Months. The Debtor states as reasons therefore:

**II. SECURED CLAIMS:**

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| | Total of secured claims to be paid through the Plan: $ | **00.00** |

B. Claims to be paid directly to creditors (not through plan):

| Creditor | Description of Claim |
|---|---|
| BSI Financial Services | **Monthly Mortgage Payment (subject to a request for mortgage modification)** |
| Credit Acceptance | **Monthly Auto Loan Payment** |
| Mass Housing Finance A | **Mortgage (improvements – waived)** |

C. Modifications of Secured Claims:

| Creditor | Details of Modification (Additional details may be attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **None** | | |

D. Leases:

i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of:
**None**

ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of :
**None**

iii. The arrears under the lease to be paid under the Plan are _____.

**III. PRIORITY CLAIMS:**

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| | Total of Priority Claims to Be Paid Through the Plan: $ | .00 |

## IV. ADMINISTRATIVE CLAIMS:

A. Attorneys fees (to be paid through the Plan): $ **3,500.00**.

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of **5.0**% of their claims.

A. General unsecured claims: ............................................................................................................$ **1,150.00**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| | Total of A + B + C unsecured claims: $ | **57.50** |

D. Multiply total by percentage**: $ 123.96**
(Example: total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |
| | Total amount of separately classified claims payable at **100**%: $ | **0.00** |

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan:

B. Miscellaneous provisions: The Debtor is seeking a modification agreement; the Debtor will amend her plan if one is not received.

## VII. CALCULATION OF PLAN PAYMENT:

A. Secured claims (Section I-A Total): ...............................................................................................$ **00.00**
B. Priority claims (Section II-A & B Total): ......................................................................................$ **00.00**
C. Administrative claims (Section III-A & B Total): .........................................................................$ **3,500.00**
D. Regular unsecured claims (Section IV-D Total): +........................................................................$ **57.50**
E. Separately classified unsecured claims: .........................................................................................$ **0.00**
F. Total of a + b + c + d + e above: ....................................................................................................$ **3.557.50**
G. Divide (f) by .90 for total including Trustee's fee: Cost of Plan: ..................................................$ **3,952.78**
    (This represents the total amount to be paid into the Chapter 13 Plan)
H. Divide (G), Cost of Plan by, Term of Plan, **60** months
I. Round up to nearest dollar: Monthly Plan Payment: ......................................................................$ **66.00**
(Enter this amount on Page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **38 Meadow Street, Adams, MA** | **125,000.00** | **165,000** |

Total Net Equity for Real Property:   $ **0.00**
Less Total Exemptions (Schedule C):   $ **20,000.00**
Available Chapter 7:   $ **0.00**

B. Automobile

| Describe year, make and model | Value | Lien | Exemption |
|---|---|---|---|
| Century, Buick, | $2,500.00 | $4,000 | 3,500.00 |

Total Net Equity:   $ **0.00**
Less Total Exemptions (Schedule C):   $ **3,500.00**
Available Chapter 7:   $ **0.00**

C. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

Total Net Value:   $ **4.576.00**
Less Exemptions (Schedule C):   $ **4,576.00**
Available Chapter 7:   $ **0.00**

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ **0.00**.

E. Additional Comments regarding Liquidation Analysis:


## IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

**/s/ Louis S. Robin**                                                            **September 12, 2016**
Debtor's Attorney                                                                 Date

Attorney's Address:
**Law Offices of Louis S. Robin
1200 Converse Street
Longmeadow, MA  01106-1760**

Tel. #                                                            Email Address: **louis.robin@prodigy.net**

**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**
**/s/ Gary A. Charron**                                                           **September 12, 2016**
Debtor                                                                            Date

**Certificate of Service**

     In accordance with the Electronic Case Filing Administrative Procedures of the United States Bankruptcy Court for the District of Massachusetts, I, Louis S. Robin, hereby certify that the foregoing, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that copies will be sent to those indicated as non-registered participants by first class mail as indicated on the following service list by September 12, 2016.

                                                     /s/ *Louis S. Robin*

**Service List**

Richard King  USTPRegion01.WO.ECF@USDOJ.GOV

Denise M. Pappalardo
denisepappalardo@ch13worc.com, paper@mab.uscourts.gov

Lindsay Kyser on behalf of Creditor UMB Bank, National Association, not in its individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL1
lk@dgandl.com, mbd@dgandl.com;kjb@dgandl.com;jf@dgandl.com;rjl@dgandl.com

Reneau J. Longoria on behalf of Creditor UMB Bank, National Association, not in its individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL1
rjl@dgandl.com, kjb@dgandl.com;mbd@dgandl.com;jf@dgandl.com;lk@dgandl.com

| | | |
|---|---|---|
| Adams Community Bank<br>31 Eagle Street<br>North Adams, MA 01247 | Aspire Cardholder Services<br>Po Box 105555<br>Atlanta, GA 30348 | Berkshire Medical Center<br>725 North Street<br>Pittsfield, MA 01201 |
| Bsi Financial Services<br>314 S Franklin St<br>Titusville, PA 16354 | Charter Cable<br>8413 Excelsior Drive; Suite 120<br>Madison, WI 53717 | Citimortgage Inc<br>Attn: Bankruptcy<br>Po Box 6423<br>Sioux Falls, SD 57117 |
| Credit Acceptance<br>25505 West 12 Mile Rd<br>Suite 3000<br>Southfield, MI 48034 | Tufts Health Plan<br>705 Mount Auburn Street<br>Watertown, MA 02472-1508 | Dr. George Csank<br>426 South Street<br>Pittsfield, MA 01201 |
| Mass Housing Finance A<br>1 Beacon St Ste 29<br>Boston, MA 02108 | National Grid Electric<br>P.O. Box 11737<br>Newark, NJ 07101-4737 | Ocwen<br>Attn: Research Dept<br>1661 Worthington Rd Ste 100<br>West Palm Beach, FL 33409 |