01/05/2017 SUSTAINED. NO RESPONSES HAVE BEEN FILED. THE DEBTOR IS ORDERED TO AMEND (OR MODIFY, IF APPROPRIATE) THE CHAPTER 13 PLAN TO ADDRESS THIS OBJECTION WITHIN 30 DAYS. FAILURE TO TIMELY AMEND OR MODIFY THE PLAN MAY RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: Gary A. Charron | ) | Case No. 16-30675-FJB |
| Debtor | ) | Chapter 13 Proceeding |
| | ) | December 13, 2016 |

**OBJECTION TO CONFIRMATION OF PLAN**

The Creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, hereby objects to confirmation of the Debtor's Chapter 13 Plan filed September 12, 2016 (the "Plan") in connection with the above-referenced matter for the following reasons:

1.  The Plan does not fully account for the Creditor's pre-petition mortgage arrearage which is estimated to be $52,606.37, with the total estimated debt of $139,393.21. The Creditor has filed a Motion for Extension of Time of 30 Days to file Its Proof of Claim. The Creditor anticipates filing its Proof of Claim on or before the extended bar date of January 12, 2017.