# UNITED STATES BANKRUPTCY COURT
# THE DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

|  |  |
|---|---|
| In re | ) |
|  | ) Chapter 13, No. 16-30675 |
| GARY A. CHARRON | ) |
|  | ) |
| Debtor | ) |

## DEBTOR'S MOTION TO WITHDRAW DOCUMENT

To the **HONORABLE FRANK J. BAILEY**, Bankruptcy Judge:

Pursuant to applicable sections of the Bankruptcy Code the Bankruptcy Rules, and the Local Rules of Chapter 13 Procedure, Gary A. Charron, the debtor in the above captioned Chapter 13 case (the "Debtor") (the "Case" or "Chapter 13 Case"), requests that the pleading under Docket No. 58, be withdrawn, as the Debtor had incorrectly placed the wrong title; the Debtor has filed a corrected pleading (Docket No. 59).

Gary A. Charron

Dated: February 6, 2017

/s/ Louis S. Robin
Louis S. Robin (BBO 545578)
The Law Offices of Louis S. Robin
1200 Converse Street
Longmeadow, Massachusetts  01106
Tel. No. (413) 567-3131
Fax No. (413) 565-3131

**CERTIFICATE OF SERVICE**

    In accordance with the Electronic Case Filing ("ECF") Administrative Procedures of the United States Bankruptcy Court for the District of Massachusetts, I, Louis S. Robin, hereby certify that the foregoing document filed though the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants by mailing a copy of the same, postage prepaid, on February 6, 2017, as listed on the following service list.

                              _____/s/ Louis S. Robin_____
                              Louis S. Robin

**SERVICE LIST**

United States Trustee
446 Main Street
Worcester, MA  01608 (by electronic service)

Denise Pappalardo, Esq.
P.O. Box 16607
Worcester, MA  01601  (by electronic service)

Lindsay Kyser on behalf of Creditor UMB Bank, National Association, not in its individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL1
lk@dgandl.com, mbd@dgandl.com;kjb@dgandl.com;jf@dgandl.com;rjl@dgandl.com

Reneau J. Longoria on behalf of Creditor UMB Bank, National Association, not in its individual capacity but solely as legal title trustee of MART Legal Title Trust 2015-NPL1
rjl@dgandl.com, kjb@dgandl.com;mbd@dgandl.com;jf@dgandl.com;lk@dgandl.com